IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HENRY ROE,<br><br>    Plaintiff,<br><br>    v.<br><br>THE STATE OF NEBRASKA; and JOHN and JANE DOE(S) 1 THROUGH 10,<br><br>    Defendants. | Case No. 4:15-CV-3071<br><br>MOTION TO SEAL |

In support of Defendants' Motion to Dismiss, Defendants wish to provide this Court a document filed by Plaintiff as a "Confidential Document" in Lancaster County District Court and a copy of legislative testimony. While it is not entirely clear why Plaintiff wishes to maintain this action under a pseudonym, given Plaintiff's public statements on this issue, at this stage Defendants will respect Plaintiff's wishes and request this documentation be sealed in this Court at least until this Court has had a chance to review the matter. It does not appear redaction could eliminate Plaintiff's expressed need for sealing the documents.

WHEREFORE, Defendants request this Court grant Defendants' Motion to Seal.

Submitted July 29, 2015.

                    **THE STATE OF NEBRASKA; and JOHN and JANE DOE(S) 1 THROUGH 10, Defendants.**

                    By:   DOUGLAS J. PETERSON
                           *Attorney General of Nebraska*

                  By:   *s/ Ryan S. Post*

Ryan S. Post, NE #24714
*Assistant Attorney General*

OFFICE OF THE ATTORNEY GENERAL
2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
Ryan.Post@nebraska.gov
Attorneys for Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2015, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska, using the CM/ECF system, causing notice of such filing to be served upon all parties' counsel of record.

By:   *s/ Ryan S. Post*