IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HENRY ROE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:15CV3071 |
| | ) | |
| v. | ) | |
| | ) | |
| THE STATE OF NEBRASKA; and | ) | ORDER |
| JOHN and JANE DOE(S) 1 | ) | |
| THROUGH 10, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on defendants' motion to seal (Filing No. 8).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that defendants' motion is granted; the index of evidence shall remain sealed pending further order of the Court.

DATED this 30th day of July, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court