IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
HENRY ROE,                        )
                                  )
        Plaintiff,                )        4:15CV3071
                                  )
        v.                        )
                                  )
THE STATE OF NEBRASKA; and        )        ORDER
JOHN and JANE DOE(S) 1            )
THROUGH 10,                       )
                                  )
        Defendants.               )
_____    )
```

This matter is before the Court on plaintiff's motion for enlargement of time (Filing No. 14). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until September 30, 2015, to respond to defendants' motion to dismiss.

DATED this 10th day of September, 2015.

        BY THE COURT:

        /s/ Lyle E. Strom

        _____
        LYLE E. STROM, Senior Judge
        United States District Court