IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
HENRY ROE,                       )
                                 )
        Plaintiff,               )          4:15CV3071
                                 )
        v.                       )
                                 )
THE STATE OF NEBRASKA; and       )          ORDER AND JUDGMENT
JOHN and JANE DOE(S) 1           )
THROUGH 10,                      )
                                 )
        Defendants.              )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Defendants' motion to dismiss is granted.

2) Plaintiff's first cause of action is dismissed with prejudice as to the State of Nebraska and John and Jane Doe(s) 1 through 10 in their official capacities, and without prejudice as to John and Jane Doe(s) 1 through 10 in their individual capacities.

3) Plaintiff's second and third causes of action are dismissed without prejudice.

4) Plaintiff's fourth cause of action is dismissed with prejudice as to the State of Nebraska and John and Jane Doe(s) 1 through 10 in their official capacities and without prejudice as

to John and Jane Doe(s) 1 through 10 in their individual capacities.

DATED this 20th day of October, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court